James A. Dumas (SBN 76284)
Christian T. Kim (SBN 231017)
*jdumas@dumas-law.com*
*ckim@dumas-law.com*
**DUMAS & KIM, APC**
915 Wilshire Boulevard, Ste. 1775
Los Angeles, CA 90017
Tel:: 213-368-5000
Fax: 213-368-5009

Attorneys for Chapter 7 Trustee,
Carolyn A. Dye

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>OXFORD GOLD GROUP, INC.<br><br>       Debtor.<br>_____<br><br>CAROLYN A. DYE, Chapter 7 Trustee,<br><br>   v.<br><br>JONATHAN ADLER, an individual; PEDRAM GRANFAR, an individual, and PATRICK GRANFAR, an individual | CASE NO.: 2:24-bk-16947-NB<br><br>[Chapter 7]<br><br>Adv. No.<br><br>[Honorable Neil Bason]<br><br>**PROOF OF SERVICE OF ORDER GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>Date: January 7, 2025<br>Time: 2:00 p.m.<br>Courtroom: 1545<br>Place: United States Bankruptcy Court<br>255 East Temple St., Los Angeles, CA 90012 |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ☐ *Individual appearing without attorney*<br>☐ *Attorney for*: | **FILED & ENTERED**<br><br>**JAN 02 2025**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** sumlin    **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –*Los Angeles* DIVISION**

| In re:<br><br>Oxford Gold Group Inc.,<br><br><br>                                          Debtor. | CASE NO.: 2:24-bk-16947-NB<br>ADV. NO.:   2:24-ap-01280-NB<br>CHAPTER: 7 |
|---|---|
| Carolyn Dye, Chapter 7 Trustee,<br><br>                                         Plaintiff,<br>v.<br>Jonathan Adler, Pedram Granfar, and Patrick Granfar,<br><br>                                         Defendants. | **ORDER:**<br><br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br><br>[LBR 9075-1(b)] |

**Movant** (*name*): Carolyn Dye, Chapter 7 Trustee

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

   a. *Title of motion*: Emergency Motion for Temporary Protective Order And/Or Temporary Restraining Order and Motion for Right to Attach Order And/Or Preliminary Injunction (adv. dkt. 3–7, the "Motion for Protective Order")

   b. *Date of filing of motion:*  12/30/24

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

   *Date of filing of Application*: 12/30/24 (adv. dkt. 8)

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                                    Page 1                                      **F 9075-1.1.ORDER.SHORT.NOTICE**

3.  Based upon the court's review of the application, it is ordered that:

    a.  ☐ The Application is denied.  The motion may be brought on regular notice pursuant to LBRs.

    b.  ☒ The Application is granted, and it is further ordered that:

        (1) ☒ A hearing on the Motion for Protective Order will take place as follows:

            > **Hearing date: January 7, 2025**  **Place:**
            > **Time:** 2:00 p.m.                ☒ **255 East Temple Street, Los Angeles, CA 90012**
            >                                    ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367
            > **Courtroom:** 1545                ☐ 3420 Twelfth Street, Riverside, CA 92501
            >                                    ☐ 411 West Fourth Street, Santa Ana, CA 92701
            >                                    ☐ 1415 State Street, Santa Barbara, CA 93101

        (2) ☐ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed: N/A

        (3) ☒ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using the methods set forth below:    ☐ ~~one of the methods checked~~    ☐ ~~all of the methods checked~~

            (A) ☐ ~~Personal Delivery~~    ☐ ~~Overnight Mail~~    ☐ ~~First class mail~~    ☐ ~~Facsimile*~~    ☐ ~~Email*~~

            | (B) _Deadlines for **RECEIPT** of Expedited Service – i.e., overnight mail, personal delivery, facsimile*, email*, or Notice of Electronic Filing ("NEF"):_  Date: January 3, 2025  Time: Noon | (C) _Persons/entities to be served with written notice and a copy of this order:_  **Parties to be served via Expedited Service:** Defendants Jonathan Adler, Pedram Granfar, and Patrick Granfar; non-bankruptcy counsel for Defendants previously served by Trustee; and any counsel known to Trustee to be representing Defendants in this adversary proceeding.  **Note:** Because the Motion for Protective Order (adv. dkt. 3–7) and supporting papers have already been served, only Expedited Service of this Order Shortening Time is required.  ☐ See attached page  (D) S_ervice is also required upon_:  ~~United States trustee *(electronic service is not permitted)*~~  ~~Judge's copy personally delivered to chambers *(see Court Manual for address)*~~ |

        (4) ☐ ~~No later than the deadlines given, a copy of the motions, declarations, and supporting documents (if any), must be served on all persons/entities listed using:~~    ☐ ~~one of the methods checked~~    ☐ ~~all of the methods checked~~

        (5) ☒ Regarding **opposition to the motions**

            ☒ opposition to the motion may be made **orally** at the hearing

        (6) ☒ Regarding a **reply to an opposition:**

            ☒ a reply to opposition may be made **orally** at the hearing.

        (7) ☒ Other requirements:

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                 Page 2                                 **F 9075-1.1.ORDER.SHORT.NOTICE**

*Hearings in Judge Bason's courtroom (1545) are now **simultaneously (1) IN PERSON in the courtroom, unless the Court has been closed (check the Court's website for public notices), (2) via ZOOMGOV video, and (3) via ZOOMGOV telephone.** Parties are free to choose from any of these options.  For instructions on how to appear via ZoomGov, please see the tentative ruling that will be posted for the first matter on the calendar (i.e., page 1 of the posted tentative rulings).  Note that CourtCall (the service that was previously used by this Court for telephonic appearances) will not be able to connect to the hearing, but ZoomGov will permit either video or telephonic appearance (at no cost to the user).*

*The first issue that Trustee is directed to address at the hearing is whether this Court has personal jurisdiction over Defendants, given that there is no evidence of service of the summons and complaint on the docket.*

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above~~, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers~~:

> ☐ at least 2 days before the hearing.
>
> ☒ no later than:    Date: January 3, 2025    Time: 5:00 p.m.

\* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

Date: January 2, 2025

Neil W. Bason
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                    Page 3                    F 9075-1.1.ORDER.SHORT.NOTICE

| | |
|---|---|
| In re: OXFORD GOLD GROUP, INC.<br>DYE v. ADLER, ET. AL.<br><br>Debtor(s). | CHAPTER: 7<br><br>CASE NUMBER: 2:24-bk-16947-NB<br><br>ADV. CASE NUMBER" 2:24-ap-01280-NB |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 915 Wilshire Blvd., Ste. 1775, Los Angeles, CA 90017.

A true and correct copy of the foregoing document entitled (*specify*): **Order Granting Application and Setting Hearing on Shortened Notice** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **January 2, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

James A Dumas     jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com
United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **January 2, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **January 2, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Oxford Gold Group Inc.
9100 Wilshire Blvd. Ste. 800E
Beverly Hills, CA 90212
Served by GLS Overnight

Johnathan Adler
10832 Wrightwood Lane
Studio City CA 91604
Served by GLS Overnight

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **January 2, 2025** | Danielle M. Landeros | /s/ *Danielle M. Landeros* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012     **F 9013-3.1.PROOF.SERVICE**

| | |
|---|---|
| In re: OXFORD GOLD GROUP, INC.<br>DYE v. ADLER, ET. AL.<br><br>Debtor(s). | CHAPTER: 7<br>CASE NUMBER: 2:24-bk-16947-NB<br>ADV. CASE NUMBER" 2:24-ap-01280-NB |

Patrick Granfar c/o
Julia R. Haye, Esq.
Greenberg Glusker LLP
2049 Century Park East, 26th Floor
Los Angeles, CA 90067
Served By Emai: jhaye@ggfirm.com, jhaye@greenbergglusker.com

U.S. Trustee
United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
Served by NEF

Patrick Granfar
13900 Marquesas Way, #4126,
Marina Del Rey CA 90292
Served by GLS Overnight Mail and email patrick@oxfordgoldgroup.com

Pedram Granfar c/o
Mark Mermelstein, Esq.
Holmes, Athey, et al.,
811 Wilshire Blvd, Ste 1460
Los Angeles, CA 90017-2610
Served by Email: MMermelstein@holmesathey.com

Johnathan Adler c/o
Rachel L.Fiset, Esq.
Zweiback Fiset & Zalduendo LLP
315 W 9th St, Ste 1200
Los Angeles, CA 90015-4213
Served by Email: rachel.fiset@zfzlaw.com

Pedram Granfar
6038 Allot Avenue
Van Nuys, CA 91401
Served by GLS Overnight

Pedram Granfar
1833 Fairburn Avenue
Los Angeles, CA 90025
Served by GLS Overnight

Johnathan Adler
1201 Larrabee St., #107
Los Angeles, CA 90069
Served by GLS Overnight

Maria Severson, Esq.
Aguirre & Severson LLP
501 West Broadway, Ste. 1050
San Diego, CA 92101
Served by Email: mseverson@amslawyers.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**

# GLS.

800-322-5555
www.gls-us.com

**Ship From**
DUMAS & KIM, APC
DANIELLE
915 WILSHIRE BOULEVARD
SUITE 1775
LOS ANGELES, CA 90017

**Tracking #: 562460839**   **PDS**

**Ship To**
**JOHNATHAN ADLER**
**JOHNATHAN ADLER**
**10832 WRIGHTWOOD LANE**
**STUDIO CITY, CA 91604**

**STUDIO CITY**

**S02110G**



23125437

**COD:** $0.00
**Weight:** 0 lb(s)
**Reference:**
OXFORD GOLD GROUP
**Delivery Instructions:**

**Signature Type:** STANDARD

**BUR CA913-FG0**

Print Date: 1/2/2025 12:46 PM

**LABEL INSTRUCTIONS:**

**Do not copy or reprint this label for additional shipments - each package must have a unique barcode.**
Step 1: Use the "Print Label" button on this page to print the shipping label on a laser or inkjet printer.
Step 2: Fold this page in half.
Step 3: Securely attach this label to your package and do not cover the barcode.

**TERMS AND CONDITIONS:**

By giving us your shipment to deliver, you agree to all of the General Logistics Systems US, Inc. (GLS) service terms & conditions including, but not limited to; limits of liability, declared value conditions, and claim procedures which are available on our website at www.gls-us.com.

# GLS.

800-322-5555
www.gls-us.com

**Ship From**
DUMAS & KIM, APC
DANIELLE
915 WILSHIRE BOULEVARD
SUITE 1775
LOS ANGELES, CA 90017

**Tracking #: 562461057**    **PDS**



**Ship To**
**JOHNATHAN ADLER**
**JOHNATHAN ADLER**
**1201 LARRABEE ST., #107**
**LOS ANGELES, CA 90069**

### LOS ANGELES

**S90069D**

**COD:** $0.00
**Weight:** 0 lb(s)
**Reference:**
OXFORD GOLD GROUP
**Delivery Instructions:**

23126770

**Signature Type:** STANDARD

# LAX CA902-EE0

Print Date: 1/2/2025 1:05 PM

**LABEL INSTRUCTIONS:**

**Do not copy or reprint this label for additional shipments - each package must have a unique barcode.**
Step 1: Use the "Print Label" button on this page to print the shipping label on a laser or inkjet printer.
Step 2: Fold this page in half.
Step 3: Securely attach this label to your package and do not cover the barcode.

**TERMS AND CONDITIONS:**

By giving us your shipment to deliver, you agree to all of the General Logistics Systems US, Inc. (GLS) service terms & conditions including, but not limited to; limits of liability, declared value conditions, and claim procedures which are available on our website at www.gls-us.com.

# GLS.

**800-322-5555**
www.gls-us.com

**Ship From**
DUMAS & KIM, APC
DANIELLE
915 WILSHIRE BOULEVARD
SUITE 1775
LOS ANGELES, CA 90017

**Tracking #: 562460903**                                **PDS**



**Ship To**
PATRICK GRANFAR
PATRICK GRANFAR
13900 MARQUESAS WAY #4126
MARINA DEL REY, CA 90292

## MARINA DEL REY

**COD:** $0.00
**Weight:** 0 lb(s)
**Reference:**
OXFORD GOLD GROUP
**Delivery Instructions:**

**S90291G**

23125877

**Signature Type:** STANDARD

## LAX CA902-GG0

Print Date: 1/2/2025 12:54 PM

**LABEL INSTRUCTIONS:**

Do not copy or reprint this label for additional shipments - each package must have a unique barcode.
Step 1: Use the "Print Label" button on this page to print the shipping label on a laser or inkjet printer.
Step 2: Fold this page in half.
Step 3: Securely attach this label to your package and do not cover the barcode.

**TERMS AND CONDITIONS:**

By giving us your shipment to deliver, you agree to all of the General Logistics Systems US, Inc. (GLS) service terms & conditions including, but not limited to; limits of liability, declared value conditions, and claim procedures which are available on our website at www.gls-us.com.

# GLS.

800-322-5555
www.gls-us.com

**Ship From**
DUMAS & KIM, APC
DANIELLE
915 WILSHIRE BOULEVARD
SUITE 1775
LOS ANGELES, CA 90017

**Tracking #: 562460946**    **PDS**

**Ship To**
PEDRAM GRANFAR
PEDRAN GRANFAR
6038 ALLOT AVENUE
VAN NUYS, CA 91401

**VAN NUYS**

**COD:** $0.00
**Weight:** 0 lb(s)
**Reference:**
OXFORD GOLD GROUP
**Delivery Instructions:**

**S02110C**



23126148

**Signature Type:** STANDARD

**BUR CA913-FC0**

Print Date: 1/2/2025 12:57 PM

**LABEL INSTRUCTIONS:**

**Do not copy or reprint this label for additional shipments - each package must have a unique barcode.**
Step 1: Use the "Print Label" button on this page to print the shipping label on a laser or inkjet printer.
Step 2: Fold this page in half.
Step 3: Securely attach this label to your package and do not cover the barcode.

**TERMS AND CONDITIONS:**

By giving us your shipment to deliver, you agree to all of the General Logistics Systems US, Inc. (GLS) service terms & conditions including, but not limited to; limits of liability, declared value conditions, and claim procedures which are available on our website at www.gls-us.com.



800-322-5555
www.gls-us.com

| Ship From | Tracking #: 562461016 | PDS |
|---|---|---|
| DUMAS & KIM, APC | | |
| DANIELLE | | |
| 915 WILSHIRE BOULEVARD | | |
| SUITE 1775 | | |
| LOS ANGELES, CA 90017 | | |

**Ship To**
**PEDRAM GRANFAR**
**PEDRAM GRANFAR**
**1833 FAIRBURN AVENUE**
**LOS ANGELES, CA 90069**

### LOS ANGELES

**COD:** $0.00
**Weight:** 0 lb(s)
**Reference:**
OXFORD GOLD GROUP
**Delivery Instructions:**

**Signature Type:** STANDARD

### S90069D



23126523

### LAX CA902-EE0

Print Date: 1/2/2025 1:01 PM

**LABEL INSTRUCTIONS:**

**Do not copy or reprint this label for additional shipments - each package must have a unique barcode.**
Step 1: Use the "Print Label" button on this page to print the shipping label on a laser or inkjet printer.
Step 2: Fold this page in half.
Step 3: Securely attach this label to your package and do not cover the barcode.

**TERMS AND CONDITIONS:**

By giving us your shipment to deliver, you agree to all of the General Logistics Systems US, Inc. (GLS) service terms & conditions including, but not limited to; limits of liability, declared value conditions, and claim procedures which are available on our website at www.gls-us.com.